

Administration for Child Support Enforcement
Department of the Family

# Case Reconciliation

| Case: | 0439812 | | | | ME | Monthly |
| From: | May. 2010 | To: | May. 2018 | Employee: | SM3584 | |
| Iniciating/Responding Case: | | | | | | |

## Total Payments

| | Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments/ Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Total | $43,510.58 | $47,947.95 | $28,847.09 | $19,100.86 | $9,740.00 | $30,341.89 | $1,501.03 |

## Payment History

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments/ Arrears | Balance |
|---|---|---|---|---|---|---|---|
| May. 2018 | $501.00 | $501.00 | $501.00 | $0.00 | $0.00 | $0.00 | $1,501.03 |
| Apr. 2018 | $501.00 | $501.00 | $501.00 | $0.00 | $0.00 | $0.00 | $1,501.03 |
| Mar. 2018 | $501.00 | $501.00 | $501.00 | $0.00 | $0.00 | $0.00 | $1,501.03 |
| Feb. 2018 | $501.00 | $531.00 | $501.00 | $30.00 | $0.00 | $0.00 | $1,501.03 |
| Jan. 2018 | $501.00 | $530.00 | $501.00 | $29.00 | $0.00 | $0.00 | $1,531.03 |
| Dec. 2017 | $501.00 | $530.00 | $501.00 | $29.00 | $0.00 | $0.00 | $1,560.03 |
| Nov. 2017 | $501.00 | $589.00 | $501.00 | $88.00 | $0.00 | $0.00 | $1,589.03 |
| Oct. 2017 | $501.00 | $189.00 | $189.00 | $0.00 | $0.00 | $312.00 | $1,677.03 |
| Sep. 2017 | $501.00 | $500.00 | $500.00 | $0.00 | $0.00 | $1.00 | $1,365.03 |
| Aug. 2017 | $501.00 | $500.00 | $500.00 | $0.00 | $0.00 | $1.00 | $1,364.03 |
| Jul. 2017 | $501.00 | $500.00 | $500.00 | $0.00 | $0.00 | $1.00 | $1,363.03 |
| Jun. 2017 | $501.00 | $534.00 | $501.00 | $33.00 | $0.00 | $0.00 | $1,362.03 |
| May. 2017 | $501.00 | $501.00 | $501.00 | $0.00 | $0.00 | $0.00 | $1,395.03 |
| Apr. 2017 | $501.00 | $534.00 | $501.00 | $33.00 | $0.00 | $0.00 | $1,395.03 |
| Mar. 2017 | $501.00 | $534.00 | $501.00 | $33.00 | $0.00 | $0.00 | $1,428.03 |
| Feb. 2017 | $501.00 | $539.00 | $501.00 | $38.00 | $0.00 | $0.00 | $1,461.03 |
| Jan. 2017 | $501.00 | $189.00 | $189.00 | $0.00 | $0.00 | -$2,745.37 | $1,499.03 |
| Dec. 2016 | $501.00 | $189.00 | $0.00 | $189.00 | $0.00 | $4,244.40 | $4,244.40 |
| Nov. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Oct. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Sep. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Aug. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Jul. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Jun. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |



Administration for Child Support Enforcement
Department of the Family

# Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments/ Arrears | Balance |
|---|---|---|---|---|---|---|---|
| May. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Apr. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mar. 2016 | $189.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Feb. 2016 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Jan. 2016 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec. 2015 | $189.00 | $378.00 | $0.00 | $378.00 | $0.00 | $0.00 | $0.00 |
| Nov. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Oct. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Sep. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Aug. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Jul. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Jun. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| May. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Apr. 2015 | $189.00 | $189.00 | $0.00 | $189.00 | $0.00 | $0.00 | $0.00 |
| Mar. 2015 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb. 2015 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan. 2015 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec. 2014 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov. 2014 | $189.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$189.00 | $0.00 |
| Oct. 2014 | $189.00 | $0.00 | $0.00 | $0.00 | $7,024.00 | $2,520.40 | $189.00 |
| Sep. 2014 | $300.00 | $192.00 | $192.00 | $0.00 | $0.00 | $108.00 | $1,500.23 |
| Aug. 2014 | $300.00 | $194.00 | $194.00 | $0.00 | $0.00 | $106.00 | $1,392.23 |
| Jul. 2014 | $300.00 | $386.00 | $300.00 | $86.00 | $0.00 | $0.00 | $1,286.23 |
| Jun. 2014 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $1,372.23 |
| May. 2014 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $1,072.23 |
| Apr. 2014 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $772.23 |
| Mar. 2014 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $472.23 |
| Feb. 2014 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $172.23 | $172.23 |
| Jan. 2014 | $300.00 | $300.00 | $172.23 | $127.77 | $0.00 | $0.00 | $0.00 |
| Dec. 2013 | $300.00 | $300.00 | $172.23 | $127.77 | $0.00 | $0.00 | $0.00 |
| Nov. 2013 | $300.00 | $300.00 | $172.23 | $127.77 | $0.00 | $0.00 | $0.00 |
| Oct. 2013 | $300.00 | $300.00 | $172.23 | $127.77 | $0.00 | $0.00 | $0.00 |
| Sep. 2013 | $300.00 | $300.00 | $172.23 | $127.77 | $0.00 | $0.00 | $0.00 |
| Aug. 2013 | $300.00 | $380.00 | $300.00 | $80.00 | $400.00 | $0.00 | $0.00 |
| Jul. 2013 | $300.00 | $1,689.00 | $300.00 | $1,389.00 | $0.00 | $0.00 | $352.23 |
| Jun. 2013 | $300.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $1,741.23 |
| May. 2013 | $300.00 | $986.21 | $0.00 | $986.21 | $1,300.00 | $300.00 | $1,741.23 |
| Apr. 2013 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $3,727.44 |



Administration for Child Support Enforcement
Department of the Family

# Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments/ Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Mar. 2013 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $3,427.44 |
| Feb. 2013 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $3,127.44 |
| Jan. 2013 | $300.00 | $200.00 | $200.00 | $0.00 | $0.00 | $100.00 | $2,827.44 |
| Dec. 2012 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $900.00 | $2,727.44 |
| Nov. 2012 | $100.00 | $150.00 | $100.00 | $50.00 | $0.00 | $0.00 | $1,827.44 |
| Oct. 2012 | $100.00 | $130.00 | $100.00 | $30.00 | $0.00 | $0.00 | $1,877.44 |
| Sep. 2012 | $100.00 | $130.00 | $100.00 | $30.00 | $0.00 | $0.00 | $1,907.44 |
| Aug. 2012 | $954.98 | $200.00 | $200.00 | $0.00 | $0.00 | $754.98 | $1,937.44 |
| Jul. 2012 | $954.98 | $152.55 | $152.55 | $0.00 | $0.00 | $802.43 | $1,182.46 |
| Jun. 2012 | $954.98 | $408.65 | $408.65 | $0.00 | $0.00 | $380.03 | $380.03 |
| May. 2012 | $954.98 | $1,280.50 | $954.98 | $325.52 | $0.00 | $0.00 | $0.00 |
| Apr. 2012 | $954.98 | $2,585.00 | $954.98 | $1,630.02 | $0.00 | $0.00 | $159.22 |
| Mar. 2012 | $954.98 | $1,280.50 | $954.98 | $325.52 | $0.00 | $0.00 | $1,789.24 |
| Feb. 2012 | $954.98 | $1,024.40 | $954.98 | $69.42 | $0.00 | $0.00 | $2,114.76 |
| Jan. 2012 | $954.98 | $1,235.47 | $954.98 | $280.49 | $0.00 | $0.00 | $2,184.18 |
| Dec. 2011 | $954.98 | $1,163.95 | $954.98 | $208.97 | $0.00 | $0.00 | $2,464.67 |
| Nov. 2011 | $954.98 | $1,234.96 | $954.98 | $279.98 | $0.00 | $0.00 | $2,673.64 |
| Oct. 2011 | $954.98 | $1,080.00 | $954.98 | $125.02 | $0.00 | $2,357.40 | $2,953.62 |
| Sep. 2011 | $954.98 | $1,301.00 | $954.98 | $346.02 | $0.00 | $0.00 | $721.24 |
| Aug. 2011 | $954.98 | $1,632.76 | $954.98 | $677.78 | $0.00 | $0.00 | $1,067.26 |
| Jul. 2011 | $954.98 | $6,270.00 | $954.98 | $5,315.02 | $0.00 | $0.00 | $1,745.04 |
| Jun. 2011 | $954.98 | $1,310.00 | $954.98 | $355.02 | $0.00 | $0.00 | $7,060.06 |
| May. 2011 | $954.98 | $810.00 | $810.00 | $0.00 | $0.00 | $144.98 | $7,415.08 |
| Apr. 2011 | $954.98 | $880.00 | $880.00 | $0.00 | $0.00 | $74.98 | $7,270.10 |
| Mar. 2011 | $954.98 | $1,100.00 | $954.98 | $145.02 | $0.00 | $6,457.20 | $7,195.12 |
| Feb. 2011 | $954.98 | $860.00 | $860.00 | $0.00 | $0.00 | $94.98 | $882.94 |
| Jan. 2011 | $954.98 | $600.00 | $600.00 | $0.00 | $750.00 | $354.98 | $787.96 |
| Dec. 2010 | $954.98 | $966.00 | $520.00 | $446.00 | $0.00 | $434.98 | $1,182.98 |
| Nov. 2010 | $520.00 | $266.00 | $266.00 | $0.00 | $0.00 | $254.00 | $1,194.00 |
| Oct. 2010 | $520.00 | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $940.00 |
| Sep. 2010 | $520.00 | $366.00 | $366.00 | $0.00 | $0.00 | $154.00 | $420.00 |
| Aug. 2010 | $266.00 | $0.00 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 |
| Jul. 2010 | $266.00 | $266.00 | $266.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jun. 2010 | $266.00 | $266.00 | $266.00 | $0.00 | $266.00 | $0.00 | $0.00 |
| May. 2010 | $266.00 | $0.00 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 |